

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00220-CV

———————————————

GLEN HYDE, AVIATION UTILITIES SERVICES, INC., AND CANDACE HYDE, Appellants

V.

DIANNA NELSON, Appellee

On Appeal from the 431st District Court
Denton County, Texas
Trial Court No. 19-9622-431

Before Sudderth, C.J.; Womack and Wallach, JJ.
Memorandum Opinion by Justice Womack

# MEMORANDUM OPINION

Appellants Glen Hyde, Aviation Utilities Services, Inc., and Candace Hyde attempt to appeal the trial court's judgment granting Appellee Dianna Nelson's motion for summary judgment. The trial court's judgment was signed on March 10, 2020. Appellants' notice of appeal was filed in the trial court on July 15, 2020. Recognizing that their notice of appeal had been filed more than three months late, Appellants also filed "Appellants' Motion for Leave to File Late Notice of Appeal" on July 15, 2020, which this court denied.

On July 24, 2020, and on August 11, 2020, we sent Appellants letters that informed them about our concern that we do not have jurisdiction over this appeal because the notice of appeal was not timely. *See* Tex. R. App. P. 25.1(b), 26.1. We also informed Appellants that unless they or any party desiring to continue this appeal filed a response showing grounds for continuing this appeal, it could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 26.1, 42.3(a), 44.3. Appellants did not file a response.

A timely notice of appeal is jurisdictional. *In re United Servs. Auto. Ass'n*, 307 S.W.3d 299, 307 (Tex. 2010) (orig. proceeding). Because Appellants' notice of appeal was untimely, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

/s/ Dana Womack

Dana Womack
Justice

Delivered:  September 17, 2020